IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>COLEY'S #101, LIMITED LIABILITY )<br>COMPANY )<br>  d/b/a DAD'S BBQ, )<br>Defendant. )<br>_____) | CIVIL ACTION NO.<br><br>C O M P L A I N T<br>JURY TRIAL DEMANDED |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female and to provide appropriate relief to Aretha Johnson and a class of employees of Defendant who were adversely affected by such practices.

As alleged with greater particularity in paragraphs seven (7) through twelve (12) below, the Equal Employment Opportunity Commission alleges that Coley's #101, Limited Liability Company, d/b/a Dad's BBQ, subjected Aretha Johnson and a class of female employees at Defendant's Noble Street, Anniston, Alabama facility to sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern Division of the Northern District of Alabama.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Coley's Limited Liability Company, d/b/a Dad's BBQ (the "Employer"), has continuously been an Alabama limited liability company doing business in the State of Alabama and the City of Anniston, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Aretha Johnson filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least 2008, and on a continuing basis through and including the present time, Defendant Employer has engaged in unlawful employment practices at its Nobile Street, Anniston, Alabama facility, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

8. Specifically, Defendant Employer subjected Aretha Johnson and a class of female employees, who worked at Defendant's Noble Street, Anniston, Alabama facility between 2008

2

and the present, to unwelcome, offensive and degrading sexual misconduct by Defendant's management and non-management employees ("Defendant's employees").

9. The sexual misconduct was severe and pervasive and engaged in by Defendant's Assistant Manager, Carl McRath (Male), and/or a Cook, Cedric Bailey (Male), and included, but was not limited to, the following:

    a. vulgar and degrading sexual statements and discussions about, and/or directed to, female employees, including statements and discussions about having oral sex and sexual intercourse with female employees ("When are you going to let me hit it?" "If you bend over again, I am going to run up in that."), discussions about female employees' breasts and buttocks, statements taunting female employees about their breasts and buttocks.

    b. vulgar and degrading sexual gestures and demonstrations, including displaying a fried okra and suggesting it looked like the nipple of a woman's breast, placing food on a female employee's buttocks, engaging in sexual "pelvic thrusts," using a hot dog to simulate a shaking penis.

    c. requests that female employees agree to oral sex and sexual intercourse, display their breast nipples and buttocks, allow their buttocks or breasts to be touched, wear tighter pants to "show your ass."

    d. sexually touching female employees in their groin areas and on their buttocks, brushing their penis against female employees' buttocks.

    e. Threatening to assault Aretha Johnson if she filed a complaint against him (Bailey) by stating, "I wish you would file a f******g complaint against me, I'm going to bust you in your face, your husband and your whole family. We can do it here or on 19th Street."

10. On numerous occasions Aretha Johnson and other female employees told Defendant's employees their comments and behavior were unwelcome and asked them to stop, but they would not.

11. On numerous occasions Aretha Johnson and other female employees complained to Defendant's management about the inappropriate and unwanted sexual conduct, but no action was taken and the conduct persisted.

12. Despite notice of the sexual harassment, Defendant failed to exercise reasonable care to prevent and/or correct promptly the sexual misconduct.

13. The effect of the practice(s) complained of in paragraphs seven (7) through twelve (12) above has been to deprive Aretha Johnson and other female employees of Defendant Employer of equal employment opportunities and otherwise adversely affect their status as employees, because of their sex, female.

14. The unlawful employment practices complained of in paragraphs seven (7) through twelve (12) above were and are intentional.

15. The unlawful employment practices complained of in paragraphs seven (7) through twelve (12) above were and are done with malice or with reckless indifference to the federally protected rights of Aretha Johnson and other female employees of Defendant Employer.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in sexual harassment, or any other employment practices which discriminate on the basis of sex.

B.  Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for females, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant Employer to make whole Aretha Johnson and a class of female employees of Defendant, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including any medical and mental health expenses, and other out-of-pocket expenses, in amounts to be determined at trial.

D.  Order Defendant Employer to make whole Aretha Johnson and a class of female employees of Defendant, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

E.  Order Defendant Employer to pay Aretha Johnson and a class of female employees of Defendant punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

G.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RESPECTFULLY SUBMITTED,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
U. S. Equal Employment
Opportunity Commission
131 M Street, N.E.
Washington, D.C. 20507

*C. Emanuel Smith*

C. EMANUEL SMITH
Regional Attorney
Mississippi Bar # 7473

Equal Employment Opportunity
Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
(205) 212-2045
Fax (205) 212-2041

*Julie Bean*

JULIE BEAN
Supervisory Trial Attorney
D.C. Bar # 433292

Equal Employment Opportunity
Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
(205) 212-2067
Fax (205) 212-2041